IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiffs, | ) Case No. 3:24-cv-00340-DJH |
| v. | ) Dist. Judge David J. Hale |
| Global Aviation Navigator, Inc. and Jeffrey A. Carrithers, | ) |
| Defendants. | ) |

**RULE 4 WAIVER OF THE SERVICE OF SUMMONS**

To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 3, 2024, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date  July 24, 2024

*/s/ G.A. Compton*

(Signature of the attorney
or unrepresented party)

Gregory A. Compton, Esq.
(Printed name of Signatory)

Global Aviation Navigator, Inc. & Jeffrey Carrithers
(Party Name, if Different from Signatory)

P.O. Box 4058, Ormond Beach, FL 32175
(Address)

greg@gcomptonlaw.com
(E-mail address)

502.724.6499
(Telephone number)