IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>PLAINTIFF,<br><br>v.<br><br>Global Aviation Navigator, Inc. and<br><br>Jeffrey A. Carrithers,<br><br>DEFENDANT. | CIVIL ACTION NO. 3:24-CV-340-DJH<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S ANSWER TO COMPLAINT FOR COPYRIGHT
INFRINGEMENT AND AFFIRMATIVE DEFENSES**

Defendants, Global Aviation Navigator, Inc. and Jeffrey A. Carrithers, (collectively "Defendants"), by and through its attorneys, Stites & Harbison, PLLC and for its answer to Plaintiff's Complaint, states as follows:

**NATURE OF THE ACTION**

1. This paragraph contains no factual allegations so no response is necessary, however to the extent a response is required, Defendants deny allegations of this paragraph, deny that the photo at issue was infringed and deny that Plaintiff is entitled to the requested relief.

**THE PARTIES**

2. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

3. Defendants admit the allegations of this paragraph.

4.      Defendants admit the allegations of this paragraph.

## **JURISDICTION & VENUE**

5.      This paragraph contains no factual allegations so no response is necessary, however to the extent a response is required, Defendants deny that Plaintiff is entitled to the requested relief.

6.      Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

7.      This paragraph contains no factual allegations so no response is necessary, however to the extent a response is required, Defendants deny that Plaintiff is entitled to the requested relief.

## **FACTUAL ALLEGATIONS**

8.      Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

9.      Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

10.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

11.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

12.     Defendants admit the allegations of this paragraph.

## Oppenheimer Creates, Registers, and Publishes the Photograph

13.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

14.     Defendant admits that what purports to be a true and correct Copyright Registration VAu 1-156-824 is attached as Exhibit A, and that what purports to be a true and correct deposit copy of a photograph submitted along with the copyright application is attached as Exhibit B, but lack sufficient information and belief and thus deny the remaining allegations of this paragraph and further deny the Plaintiff's copyrights were infringed and deny the Plaintiff is entitled to requested relief.

15.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

16.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

17.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

18.     Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

/ / /

/ / /

### Defendant's Use of the Photograph Without Authorization

19. Defendants admit that the listed URLs are accurate, but lack sufficient information and belief and thus deny the remaining allegations of this paragraph and further deny the Plaintiff's copyrights were infringed and deny the Plaintiff is entitled to requested relief.

20. Defendants are without sufficient information and belief, and thus deny the allegations of this paragraph.

21. Defendants are without sufficient information and belief, and thus deny the allegations of this paragraph.

22. Defendants deny the allegations of this paragraph.

### Oppenheimer Provides Notices of Copyright Infringement to Defendants

23. Defendants admit to receiving an email notice, but deny the remaining allegations of this paragraph.

24. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

25. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

26. Defendants admit the allegations of this paragraph.

/ / /

## FIRST CLAIM FOR RELIEF

27. Defendants repeat and reallege paragraphs 1 through 26 hereof, as if fully set forth herein.

28. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

29. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

30. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

31. Defendants deny the allegations of this paragraph.

32. Defendants deny the allegations of this paragraph.

33. Defendants deny the allegations of this paragraph.

34. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

35. Defendants deny the allegations of this paragraph.

36. Defendants deny the allegations of this paragraph.

/ / /

/ / /

## SECOND CLAIM FOR RELIEF

37. Defendants repeat and reallege paragraphs 1 through 36 hereof, as if fully set forth herein.

38. Defendants admit only that Carrithers was President and/or CEO. Defendants are without sufficient information or belief, and thus deny the remaining allegations of this paragraph and further deny that Plaintiff's copyrights were infringed and deny the Plaintiff is entitled to requested relief.

39. Defendants admit only that Carrithers has decision-making authority commensurate to the degree expected of the President of most companies. Defendants are without sufficient information or belief, and thus deny the remaining allegations of this paragraph and further deny that Plaintiff's copyrights were infringed and deny the Plaintiff is entitled to requested relief.

## THIRD CLAIM FOR RELIEF

40. Defendants repeat and reallege all preceding paragraphs hereof, as if fully set forth herein.

41. Defendants deny the allegations of this paragraph.

42. Defendants admit only that Carrithers performed the commensurate executive functions expected of a President of most companies. Defendants are without sufficient information or belief, and thus deny the remaining allegations of this paragraph and

further deny that Plaintiff's copyrights were infringed and deny the Plaintiff is entitled to requested relief.

43. Defendants deny the allegations of this paragraph.

## FOURTH CLAIM FOR RELIEF

44. Defendants repeat and reallege all preceding paragraphs hereof, as if fully set forth herein.

45. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

46. Defendants are without sufficient information or belief, and thus deny the allegations of this paragraph.

47. Defendants deny the allegations of this paragraph.

48. Defendants deny the allegations of this paragraph.

## FIFTH CLAIM FOR RELIEF

49. Defendants repeat and reallege all preceding paragraphs hereof, as if fully set forth herein.

50. Defendants deny the allegations of this paragraph.

51. Defendants deny the allegations of this paragraph.

52. Defendants deny the allegations of this paragraph.

## AFFIRMATIVE DEFENSES

1. Plaintiff lacks standing to bring this action because it has not secured a registration with the Copyright Office for the derivative work subject to this infringement claim, required under 17 U.S.C. § 411(a).

2. The copyright registration which is the purported subject matter of this infringement action is invalid as uncopyrightable as it lacks sufficient creative elements to be the subject of copyright.

3. Defendants alleged use of the work subject to the copyright registration constitutes fair use.

4. Defendants alleged use of the work subject to the copyright registration, if any, was innocent.

5. Defendant reserves the right to assert additional affirmative defenses at such time and to the extent warranted by discovery and the factual development of this case.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief, and respectfully requests that the infringement claim be dismissed in its entirety.

## DEMAND FOR JURY TRIAL

Global Aviation Navigator, Inc. and Jeffery A. Carrithers demand a jury trial on all issues so triable.

## PRAYER FOR RELIEF

Based on the foregoing, Global Aviation Navigator, Inc. and Carrithers request judgement against Oppenheimer as follows:

A. Dismiss the suit for lack of standing;

B. Issue a judgement in favor of Defendants and against Oppenheimer on its complaint and that Oppenheimer take nothing on its complaint;

C. Award defendants its attorney's fees and costs.

Dated: August 30, 2024

*s/ Joel T. Beres*
Joel T. Beres, Bar No. 84376
jberes@stites.com
Donovan D. Gibbs, II, Bar No. 99249
dgibbs@stites.com

**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

*Counsel for Defendants, Global Aviation Navigator, Inc. and Jeffrey A. Carrithers*

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

/s/ *Joel T. Beres*

Joel T. Beres