UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

David Gordon Oppenheimer,

      PLAINTIFF,

v.

Global Aviation Navigator, Inc. and
Jeffrey A. Carrithers,

      DEFENDANT.

CIVIL ACTION NO. 3:24-CV-340-DJH

*Electronically Filed*

**RULE 7.1(A) DISCLOSURE STATEMENT OF
DEFENDANT GLOBAL AVIATION NAVIGATOR, INC.**

Defendant Global Aviation Navigator, Inc. files this disclosure statement pursuant to Fed.

R. Civ. P. 7.1.

Global Aviation Navigator, Inc. is a Kentucky corporation with its principal place of

business in Kentucky.

Global Aviation Navigator, Inc. has no parent corporation, and no publicly held

corporation owns 10% or more of its stock.

_/s/ Joel T. Beres_____
Joel T. Beres, Bar No. 84376
jberes@stites.com


**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

Counsel for Defendant


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

_/s/ Joel T. Beres_
Joel T. Beres