UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID GORDON OPPENHEIMER                                              Plaintiff(s),

v.                                                          Civil Action No. 3:24-cv-340-DJH

GLOBAL AVIATION NAVIGATOR, et al                                     Defendant(s).

\* \* \* \* \*

## ORDER FOR MEETING AND REPORT

Pursuant to the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

(1) Magistrate Judge Edwards will conduct a telephonic **Rule 16 scheduling conference** on **October 23, 2024, at 11:30 a.m. Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-888-808-6929, access code 2887606.** Counsel who will represent the parties at trial and who have full authority to enter stipulations, make admissions, and bind the parties with respect to dates agreed upon or ordered shall participate in the conference.

Any request for telephonic participation or a change of the conference date shall be made to Magistrate Judge Edwards' Case Manager, Ashley Henry, at ashley_henry@kywd.uscourts.gov.

(2) The agenda for the conference shall include items set forth in Rule 16(c), including but not limited to the following:

(a) formulation and simplification of the issues;

(b) admissions and stipulations of fact;

(c) consideration of the proposed discovery plan and review of the initial disclosures;

1

(d) the possibility of settlement or the use of alternative methods of dispute resolution, including mediation; and

(e) any need to adopt special procedures for managing potentially difficult or complex issues.

(3) No later than **twenty-one (21) days before the Rule 16 conference**, counsel for the parties shall conduct the conference of parties required by Rule 26(f). Topics to be addressed at the conference shall include possibilities for promptly settling or resolving the case, any issues related to the preservation of discoverable information, and the development of a discovery plan.

(4) At the time of the Rule 26(f) conference of parties or within **fourteen (14) days** thereafter, counsel for the parties shall exchange the disclosures required by Rule 26(a)(1). Counsel shall make supplemental disclosures as required by Rule 26(e).

(5) Within **fourteen (14) days** after the Rule 26(f) conference of parties, counsel for the parties shall file a written joint report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible. The report shall substantially conform to Federal Rules of Civil Procedure Appendix Form 52 and shall advise the Court as to the following:

(a) the parties' views and proposals required by Rule 26(f);

(b) the length of time counsel reasonably believe will be necessary to join other parties and to amend the pleadings;

(c) the length of time counsel reasonably believe will be necessary to file motions;

(d) any issues upon which preliminary discovery will be needed and the length of time counsel reasonably believe will be necessary to conduct such discovery;

    (e)  the length of time counsel reasonably believe will be necessary to complete all pretrial discovery, including expert witness discovery;

    (f)  the length of time counsel reasonably believe will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2);

    (g)  any special instructions concerning interrogatories, requests for admission, or depositions;

    (h)  the probable length of trial and whether there will be issues to submit to a jury;

    (i)  the dates that are mutually convenient for counsel to assign this case for trial; and

    (j)  the parties' respective positions regarding whether the action may be referred to a United States Magistrate Judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c).

Dated:  September 11, 2024

ENTERED BY ORDER OF COURT
REGINA S. EDWARDS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

By: */s/ Natalie W. Thompson*
   Natalie W. Thompson, Deputy Clerk

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| _Defendant_ | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

_Notice of a magistrate judge's availability_.  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

_Consent to a magistrate judge's authority_.  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| _Printed names of parties and attorneys_ | _Signatures of parties or attorneys_ | _Dates_ |
|---|---|---|
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                               _____
                                                                                                               _District Judge's signature_

                                                                                                               _____
                                                                                                               _Printed name and title_

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.