UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID GORDON OPPENHEIMER                    Plaintiff

v.                         Civil Action No. 3:24-cv-340-DJH

GLOBAL AVIATION NAVIGATION, INC. et al               Defendant

\* \* \* \* \*

## SCHEDULING ORDER

The Court conducted a telephonic scheduling conference in this matter on October 23, 2024, with the following counsel participating:

    For Plaintiff:        Ilya G. Zlatkin and Parker M. Wornall

    For Defendant:     Joel T. Beres

Based on a discussion, it is hereby

**ORDERED** as follows:

(1)     Initial disclosures pursuant to FRCP 26(a)(1) have been completed.

(2)     Any motion to amend pleadings or motion to join additional parties shall be filed no later than **January 17, 2025**.

(3)     Identification of experts in accordance with FRCP 26(a)(2) shall be due

         By Plaintiff:        no later than **May 30, 2025**

         By Defendant:     no later than **June 30, 2025.**

(4)     The parties shall complete all discovery no later than **August 15, 2025.** Before filing any discovery motion, all counsel must do two things. First, make a good-faith effort to resolve the dispute. *See* Local Rule 37.1. The Court will not entertain discovery motions unless

counsel have conferred or attempted to confer with opposing counsel or other affected parties. Second, contact the Magistrate Judge to schedule a telephonic conference concerning the discovery dispute counsel have failed to resolve. Counsel shall email Case Manager Ashley Henry at ashley_henry@kywd.uscourts.gov to identify the dispute and schedule the conference, copying all counsel of record. The email should not contain substantive legal arguments or recitations of the underlying facts, and should treat opposing counsel with respect and professional courtesy. **At least 24 hours before the conference, or sooner if directed by Ms. Henry, the parties shall submit via email brief memoranda (limited to 5 pages) outlining the dispute more thoroughly.** If the dispute persists after the telephonic conference with the Magistrate Judge, the moving party may submit a written motion. The motion must certify that, and explain how, counsel have conferred in good faith but remain unable to resolve the dispute.

(5) No later than **October 24, 2025;** counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(6) Counsel shall file a joint status report no later than **November 22, 2024**. The report should include the status of discovery and any settlement discussions.

(7) At the request of counsel, a settlement conference will be scheduled by separate order.

Date:  October 23, 2024
ENTERED BY ORDER OF THE COURT
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J, VILT, JR., CLERK
By: /s/ *Ashley Henry*
    Deputy Clerk

cc: Counsel of Record

0|10