**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION**

David Gordon Oppenheimer,

Plaintiff,

v.

Global Aviation Navigator, Inc. and Jeffrey A. Carrithers,

Defendants.

Case No: 3:24-cv-00340-DJH-RSE

Dist. Judge David J. Hale

Mag. Judge Regina S. Edwards

**JOINT REPORT OF THE PARTIES' PLANNING MEETING**

Pursuant to the Court's order dated October 24, 2024 [Dkt. 16], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Global Aviation Navigator, Inc. ("GAN") and Jeffrey Carrithers ("Carrithers" and, together with GAN, "Defendants"), submit this Joint Report regarding the status of discovery and the parties' settlement discussions:

**1.** **Status of Discovery**. All of the parties had previously provided initial disclosures to each other. Upon learning pertinent new information relating to potential insurance coverage, Defendants are in the process of supplementing their initial disclosures and will provide the supplemental information to Plaintiff as soon as practicable.

2. **Settlement Discussions**. The parties have been actively involved in negotiations since Plaintiff's filing of the suit. Specifically, Defendants made an initial settlement offer to Plaintiff on September 11, 2024. Plaintiff proceeded to provide a counteroffer and substantive reasoning therefor on September 16, 2024. Defendants then proceeded to provide a counteroffer on October 8, 2024. (The parties will share the specifics of these settlement negotiations with the Court in subsequent confidential communications ahead of the scheduled settlement conference.) While the parties have been in contact with each other, including after the Court's planning hearing on October 23, 2024, there has not been any further movement in the parties' positions.

The parties nevertheless believe that the forthcoming settlement conference administered by the Court may be successful in reaching a resolution.

Dated: November 22, 2024

Respectfully submitted,

By: /s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Gordon Oppenheimer*

Respectfully submitted,

By: /s/ Joel T. Beres (with permission)
Joel T. Beres
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Tel: (502) 681-0324
jberes@stites.com

*Attorney for Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers*