# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**DAVID GORDON OPPENHEIMER**                                             **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:24-CV-340-DJH**

**GLOBAL AVIATION NAVIGATOR, INC.**                                  **DEFENDANT**

### REPORT ON SETTLEMENT CONFERENCE

A settlement conference was conducted before the Magistrate Judge on December 12, 2024. Settlement negotiations were conducted but the parties were unable to reach an agreement. The Court will continue to conduct *ex parte* discussions regarding settlement.

Regina S. Edwards, Magistrate Judge
United States District Court

December 13, 2024

Copies to Counsel of Record

TIC: 7/30