IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Global Aviation Navigator, Inc. and Jeffrey A. Carrithers,<br><br>　　　　　　　　Defendants. | Case No: 3:24-cv-00340-DJH-RSE<br><br>Dist. Judge David J. Hale<br><br>Mag. Judge Regina S. Edwards |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Global Aviation Navigator, Inc. ("GAN") and Jeffrey Carrithers ("Carrithers" and, together with GAN, "Defendants"), hereby notify the Court that Plaintiff and Defendants have reached a settlement in principle as to Plaintiff's claims against Defendants. The parties request that the Court suspend all case deadlines for up to twenty-one (21) days (including with respect to Plaintiff's counsel's renewal of *pro hac vice* admission), in order for the parties to finalize and effect settlement and file a stipulation of dismissal with prejudice.

Dated: July 15, 2025

Respectfully submitted,

By: */s/ Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Gordon Oppenheimer*

Respectfully submitted,

By: */s/ Joel T. Beres (with permission)*
Joel T. Beres
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Tel: (502) 681-0324
jberes@stites.com

*Attorney for Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers*