UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

David Gordon Oppenheimer,

    PLAINTIFF,

v.

Global Aviation Navigator, Inc. and
Jeffery A. Carrithers,

    DEFENDANT.

CIVIL ACTION NO. 3:24-CV-340-DJH

## **AGREED ORDER**

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Global Aviation Navigator, Inc. ("GAN") and Jeffrey Carrithers ("Carrithers" and, together with GAN, "Defendants"), hereby request a 30-day extension to complete their settlement documents and to tender an agreed order of dismissal with prejudice.

The parties previously notified the Court that a settlement in principle was reached and the parties were completing the formal settlement agreement. [DN 21]. The Court subsequently entered its Order dismissing the case without prejudice, vacating deadlines previously set in the matter, and setting a date to tender an agreed order of dismissal with prejudice. [DN 22].

The parties have been working diligently to finalize the settlement documents, but due to unforeseen circumstances require additional time to complete the settlement. As such, the parties respectfully request a 30-day extension.

For good cause appearing, it is ORDERED that the parties shall tender an agreed order of dismissal with prejudice on or before **September 15, 2025**.

10393459

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ Ilya G. Zlatkin (with permission) | By: /s/ Joel T. Beres |
| Ilya G. Zlatkin<br>**ZLATKIN CANN ENTERTAINMENT**<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | Joel T. Beres<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>Tel: (502) 681-0324<br>jberes@stites.com |
| Attorney for Plaintiff David Gordon Oppenheimer | Attorney for Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers |