UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO. 3:24-CV-340-DJH |
| Global Aviation Navigator, Inc. and Jeffery A. Carrithers, | |
| DEFENDANT. | |

## AGREED ORDER

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Global Aviation Navigator, Inc. ("GAN") and Jeffrey Carrithers ("Carrithers" and, together with GAN, "Defendants"), hereby request an additional 30-day extension to complete their settlement documents and to tender an agreed order of dismissal with prejudice.

The parties previously notified the Court that a settlement in principle was reached and the parties were completing the formal settlement agreement. [DN 21]. The Court subsequently entered its Order dismissing the case without prejudice, vacating deadlines previously set in the matter, and setting a date to tender an agreed order of dismissal with prejudice. [DN 22]. The parties then informed the Court that they required an extension of time to finalize their settlement agreement [DN 23], which the Court granted. [DN 24].

The parties have been working diligently to finalize the settlement documents but, due to continued unforeseen circumstances, require additional time to complete the settlement. As such, the parties respectfully request an additional 30-day extension.

For good cause appearing, it is ORDERED that the parties shall tender an agreed order of dismissal with prejudice on or before **October 15, 2025**.

September 16, 2025

David J. Hale, Judge
United States District Court

Dated: September 12, 2025

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ *Ilya G. Zlatkin* | By: /s/ *Joel T. Beres (with permission)* |
| Ilya G. Zlatkin<br>**ZLATKIN CANN ENTERTAINMENT**<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | Joel T. Beres<br>**STITES & HARBISON, PLLC**<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>Tel: (502) 681-0324<br>jberes@stites.com |
| Attorney for Plaintiff David Gordon Oppenheimer | Attorney for Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers |