UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

David Gordon Oppenheimer,

       PLAINTIFF,

v.

Global Aviation Navigator, Inc. and
Jeffery A. Carrithers,

       DEFENDANT.

CIVIL ACTION NO. 3:24-CV-340-DJH

### [proposed] AGREED ORDER

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants Global Aviation Navigator, Inc. ("GAN") and Jeffrey Carrithers ("Carrithers" and, together with GAN, "Defendants"), hereby request an additional 60-day extension to complete their settlement documents and to tender an agreed order of dismissal with prejudice.

The parties previously notified the Court that a settlement in principle was reached and the parties were completing the formal settlement agreement. [DN 21]. The Court subsequently entered its Order dismissing the case without prejudice, vacating deadlines previously set in the matter, and setting a date to tender an agreed order of dismissal with prejudice. [DN 22]. The parties then informed the Court that they required an extension of time to finalize their settlement agreement [DN 23], which the Court granted. [DN 24]. The parties then also requested a second extension [DN 25], which the Court again granted. [DN 26]. The parties did so again for a third time [DN 27], which the Court again granted. [DN 28].

Despite repeated delays, the parties have been working diligently to finalize the settlement documents but, due to continued unforeseen circumstances, require additional time to complete the settlement. The parties remain committed to resolving the matter as amicably as possible

through settlement. As such, and with the holiday season coming up, the parties respectfully request an additional 60-day extension.

For good cause appearing, it is ORDERED that the parties shall tender an agreed order of dismissal with prejudice on or before **January 13, 2026**.

Dated: November 14, 2025

Respectfully submitted,

By: /s/ *Ilya G. Zlatkin*

Ilya G. Zlatkin
**ZLATKIN CANN ENTERTAINMENT**
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

Attorney for Plaintiff David Gordon Oppenheimer

Respectfully submitted,

By: /s/ *Joel T. Beres (with permission)*

Joel T. Beres
**STITES & HARBISON, PLLC**
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Tel: (502) 681-0324
jberes@stites.com

Attorney for Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers

## CERTIFICATE OF SERVICE

I certify that on November 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Electronic Service list for this case.

Dated: November 14, 2025

By:/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin