# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**DAVID GORDON OPPENHEIMER**                                                 **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 3:24-CV-340-DJH**

**GLOBAL AVIATION NAVIGATOR, INC. et al**                       **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this matter on December 1, 2025 to discuss the parties' proposed Agreed Order (DN 29). Ilya G. Zlatkin participated on behalf of the plaintiff. Joel T. Beres participated on behalf of the defendants.

Based on a discussion, an extension to finalize the settlement is granted. The parties shall file an agreed order of dismissal, or in the alternative, a joint status report no later than **January 30, 2026**.

Date: December 1, 2025         **ENTERED BY ORDER OF COURT:**
                                            **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                            **UNITED STATES DISTRICT COURT**
                                            **JAMES J. VILT, JR., CLERK**
                                            **By:**    **/s/** *Ashley Henry*
                                                          **Deputy Clerk**

Copies to counsel

0|05