UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, <br><br> PLAINTIFF, <br><br> v. <br><br> Global Aviation Navigator, Inc. and Jeffery A. Carrithers, <br><br> DEFENDANTS. | CIVIL ACTION NO. 3:24-CV-340-DJH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers, by and through their undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: February 12, 2026

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Ilya G. Zlatkin* <br> Ilya G. Zlatkin <br> **ZLATKIN CANN ENTERTAINMENT** <br> 4245 North Knox Avenue <br> Chicago, Illinois 60641 <br> Tel: (312) 809-8022 <br> ilya@zce.law <br><br> *Attorney for Plaintiff David Gordon Oppenheimer* | By: */s/ Joel T. Beres* (with permission) <br> Joel T. Beres <br> **STITES & HARBISON, PLLC** <br> 400 West Market Street, Suite 1800 <br> Louisville, Kentucky 40202 <br> Tel: (502) 681-0324 <br> jberes@stites.com <br><br> *Attorney for Defendants Global Aviation Navigator, Inc. and Jeffrey A. Carrithers* |