AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Western District of Kentucky |
|---|---|
| DOCKET NO.<br>3:24-CV-00340-DJH | DATE FILED<br>6/7/2024 | |
| PLAINTIFF<br>David Gordon Oppenheimer | DEFENDANT<br>Global Aviation Navigator, Inc and Jeffrey A. Carrithers |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK | |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☒ No | DATE RENDERED<br>2/17/2026 |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK<br>D. Tierney | DATE<br>6/7/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| Print | Save As... | Reset |

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-156-824**

**Effective date of registration:**

November 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Aerial Photographs Taken on October 20, 2013 by David Oppenheimer |
| **Previous or Alternative Title:** | 951 Individual Unpublished Works |
| **Contents Titles:** | 2013Oct20_1a_OPP9310.jpg; |
| | 2013Oct20_1a_OPP9314.jpg; |
| | 2013Oct20_1a_OPP9334.jpg; |
| | 2013Oct20_1a_OPP9337.jpg; |
| | 2013Oct20_1a_OPP9338.jpg; |
| | 2013Oct20_1a_OPP9339.jpg; |
| | 2013Oct20_1a_OPP9340.jpg; |
| | 2013Oct20_1a_OPP9341.jpg; |
| | 2013Oct20_1a_OPP9343.jpg; |
| | 2013Oct20_1a_OPP9344.jpg; |
| | 2013Oct20_1a_OPP9345.jpg; |
| | 2013Oct20_1a_OPP9348.jpg; |
| | 2013Oct20_1a_OPP9350.jpg; |
| | 2013Oct20_1a_OPP9351.jpg; |
| | 2013Oct20_1a_OPP9354.jpg; |
| | 2013Oct20_1a_OPP9355.jpg; |
| | 2013Oct20_1a_OPP9357.jpg; |
| | 2013Oct20_1a_OPP9359.jpg; |
| | 2013Oct20_1a_OPP9360.jpg; |
| | 2013Oct20_1a_OPP9361.jpg; |
| | 2013Oct20_1a_OPP9362.jpg; |
| | 2013Oct20_1a_OPP9363.jpg; |
| | 2013Oct20_1a_OPP9364.jpg; |
| | 2013Oct20_1a_OPP9365.jpg; |
| | 2013Oct20_1a_OPP9366.jpg; |

2013Oct20_1a_OPP9368.jpg;

2013Oct20_1a_OPP9370.jpg;

2013Oct20_1a_OPP9371.jpg;

2013Oct20_1a_OPP9373.jpg;

2013Oct20_1a_OPP9375.jpg;

2013Oct20_1a_OPP9376.jpg;

2013Oct20_1a_OPP9377.jpg;

2013Oct20_1a_OPP9379.jpg;

2013Oct20_1a_OPP9380.jpg;

2013Oct20_1a_OPP9381.jpg;

2013Oct20_1a_OPP9382.jpg;

2013Oct20_1a_OPP9385.jpg;

2013Oct20_1a_OPP9386.jpg;

2013Oct20_1a_OPP9389.jpg;

2013Oct20_1a_OPP9390.jpg;

2013Oct20_1a_OPP9391.jpg;

2013Oct20_1a_OPP9392.jpg;

2013Oct20_1a_OPP9393.jpg;

2013Oct20_1a_OPP9394.jpg;

2013Oct20_1a_OPP9395.jpg;

2013Oct20_1a_OPP9396.jpg;

2013Oct20_1a_OPP9407.jpg;

2013Oct20_1a_OPP9408.jpg;

2013Oct20_1a_OPP9412.jpg;

2013Oct20_1a_OPP9413.jpg;
2013Oct20_1a_OPP9414.jpg;

2013Oct20_1a_OPP9417.jpg;

2013Oct20_1a_OPP9418.jpg;

2013Oct20_1a_OPP9419.jpg;

2013Oct20_1a_OPP9421.jpg;

2013Oct20_1a_OPP9422.jpg;

2013Oct20_1a_OPP9424.jpg;

2013Oct20_1a_OPP9425.jpg;

2013Oct20_1a_OPP9426.jpg;

2013Oct20_1a_OPP9427.jpg;

2013Oct20_1a_OPP9428.jpg;

2013Oct20_1a_OPP9429.jpg;

2013Oct20_1a_OPP9430.jpg;

2013Oct20_1a_OPP9431.jpg;

2013Oct20_1a_OPP9432.jpg;

2013Oct20_1a_OPP9435.jpg;

2013Oct20_1a_OPP9436.jpg;
2013Oct20_1a_OPP9438.jpg;
2013Oct20_1a_OPP9441.jpg;
2013Oct20_1a_OPP9442.jpg;
2013Oct20_1a_OPP9443.jpg;
2013Oct20_1a_OPP9446.jpg;
2013Oct20_1a_OPP9447.jpg;
2013Oct20_1a_OPP9449.jpg;
2013Oct20_1a_OPP9453.jpg;
2013Oct20_1a_OPP9454.jpg;
2013Oct20_1a_OPP9455.jpg;
2013Oct20_1a_OPP9456.jpg;
2013Oct20_1a_OPP9457.jpg;
2013Oct20_1a_OPP9459.jpg;
2013Oct20_1a_OPP9461.jpg;
2013Oct20_1a_OPP9462.jpg;
2013Oct20_1a_OPP9463.jpg;
2013Oct20_1a_OPP9464.jpg;
2013Oct20_1a_OPP9465.jpg;
2013Oct20_1a_OPP9466.jpg;
2013Oct20_1a_OPP9467.jpg;
2013Oct20_1a_OPP9468.jpg;
2013Oct20_1a_OPP9469.jpg;
2013Oct20_1a_OPP9470.jpg;
2013Oct20_1a_OPP9471.jpg;
2013Oct20_1a_OPP9472.jpg;
2013Oct20_1a_OPP9473.jpg;
2013Oct20_1a_OPP9476.jpg;
2013Oct20_1a_OPP9477.jpg;
2013Oct20_1a_OPP9478.jpg;
2013Oct20_1a_OPP9482.jpg;
2013Oct20_1a_OPP9483.jpg;
2013Oct20_1a_OPP9484.jpg;
2013Oct20_1a_OPP9485.jpg;
2013Oct20_1a_OPP9487.jpg;
2013Oct20_1a_OPP9488.jpg;
2013Oct20_1a_OPP9489.jpg;
2013Oct20_1a_OPP9490.jpg;
2013Oct20_1a_OPP9492.jpg;
2013Oct20_1a_OPP9495.jpg;
2013Oct20_1a_OPP9496.jpg;

2013Oct20_1a_OPP9497.jpg;

2013Oct20_1a_OPP9499.jpg;

2013Oct20_1a_OPP9500.jpg;

2013Oct20_1a_OPP9501.jpg;

2013Oct20_1a_OPP9502.jpg;

2013Oct20_1a_OPP9503.jpg;

2013Oct20_1a_OPP9504.jpg;

2013Oct20_1a_OPP9507.jpg;

2013Oct20_1a_OPP9509.jpg;

2013Oct20_1a_OPP9510.jpg;

2013Oct20_1a_OPP9511.jpg;

2013Oct20_1a_OPP9513.jpg;

2013Oct20_1a_OPP9514.jpg;

2013Oct20_1a_OPP9515.jpg;

2013Oct20_1a_OPP9517.jpg;

2013Oct20_1a_OPP9518.jpg;

2013Oct20_1a_OPP9519.jpg;

2013Oct20_1a_OPP9520.jpg;

2013Oct20_1a_OPP9521.jpg;

2013Oct20_1a_OPP9522.jpg;

2013Oct20_1a_OPP9524.jpg;

2013Oct20_1a_OPP9525.jpg;

2013Oct20_1a_OPP9526.jpg;

2013Oct20_1a_OPP9527.jpg;

2013Oct20_1a_OPP9528.jpg;

2013Oct20_1a_OPP9530.jpg;

2013Oct20_1a_OPP9531.jpg;

2013Oct20_1a_OPP9532.jpg;

2013Oct20_1a_OPP9533.jpg;

2013Oct20_1a_OPP9534.jpg;

2013Oct20_1a_OPP9535.jpg;

2013Oct20_1a_OPP9545.jpg;

2013Oct20_1a_OPP9547.jpg;

2013Oct20_1a_OPP9548.jpg;

2013Oct20_1a_OPP9551.jpg;

2013Oct20_1a_OPP9552.jpg;

2013Oct20_1a_OPP9553.jpg;

2013Oct20_1a_OPP9555.jpg;

2013Oct20_1a_OPP9556.jpg;

2013Oct20_1a_OPP9557.jpg;

2013Oct20_1a_OPP9558.jpg;

2013Oct20_1a_OPP9560.jpg;

2013Oct20_1a_OPP9562.jpg;
2013Oct20_1a_OPP9564.jpg;

2013Oct20_1a_OPP9565.jpg;

2013Oct20_1a_OPP9566.jpg;

2013Oct20_1a_OPP9568.jpg;

2013Oct20_1a_OPP9570.jpg;

2013Oct20_1a_OPP9575.jpg;

2013Oct20_1a_OPP9577.jpg;

2013Oct20_1a_OPP9578.jpg;

2013Oct20_1a_OPP9580.jpg;

2013Oct20_1a_OPP9581.jpg;

2013Oct20_1a_OPP9582.jpg;

2013Oct20_1a_OPP9583.jpg;

2013Oct20_1a_OPP9585.jpg;

2013Oct20_1a_OPP9587.jpg;

2013Oct20_1a_OPP9588.jpg;

2013Oct20_1a_OPP9589.jpg;

2013Oct20_1a_OPP9591.jpg;

2013Oct20_1a_OPP9592.jpg;

2013Oct20_1a_OPP9593.jpg;

2013Oct20_1a_OPP9594.jpg;

2013Oct20_1a_OPP9595.jpg;

2013Oct20_1a_OPP9596.jpg;

2013Oct20_1a_OPP9597.jpg;

2013Oct20_1a_OPP9598.jpg;

2013Oct20_1a_OPP9599.jpg;

2013Oct20_1a_OPP9602.jpg;

2013Oct20_1a_OPP9603.jpg;

2013Oct20_1a_OPP9604.jpg;

2013Oct20_1a_OPP9605.jpg;

2013Oct20_1a_OPP9606.jpg;

2013Oct20_1a_OPP9607.jpg;

2013Oct20_1a_OPP9609.jpg;

2013Oct20_1a_OPP9610.jpg;

2013Oct20_1a_OPP9611.jpg;

2013Oct20_1a_OPP9612.jpg;

2013Oct20_1a_OPP9613.jpg;

2013Oct20_1a_OPP9614.jpg;
2013Oct20_1a_OPP9615.jpg;
2013Oct20_1a_OPP9616.jpg;
2013Oct20_1a_OPP9617.jpg;
2013Oct20_1a_OPP9618.jpg;
2013Oct20_1a_OPP9619.jpg;
2013Oct20_1a_OPP9621.jpg;
2013Oct20_1a_OPP9622.jpg;
2013Oct20_1a_OPP9623.jpg;
2013Oct20_1a_OPP9625.jpg;
2013Oct20_1a_OPP9626.jpg;
2013Oct20_1a_OPP9628.jpg;
2013Oct20_1a_OPP9632.jpg;
2013Oct20_1a_OPP9634.jpg;
2013Oct20_1a_OPP9635.jpg;
2013Oct20_1a_OPP9636.jpg;
2013Oct20_1a_OPP9638.jpg;
2013Oct20_1a_OPP9639.jpg;
2013Oct20_1a_OPP9640.jpg;
2013Oct20_1a_OPP9641.jpg;
2013Oct20_1a_OPP9643.jpg;
2013Oct20_1a_OPP9645.jpg;
2013Oct20_1a_OPP9647.jpg;
2013Oct20_1a_OPP9649.jpg;
2013Oct20_1a_OPP9650.jpg;
2013Oct20_1a_OPP9652.jpg;
2013Oct20_1a_OPP9653.jpg;
2013Oct20_1a_OPP9654.jpg;
2013Oct20_1a_OPP9658.jpg;
2013Oct20_1a_OPP9664.jpg;
2013Oct20_1a_OPP9665.jpg;
2013Oct20_1a_OPP9672.jpg;
2013Oct20_1a_OPP9673.jpg;
2013Oct20_1a_OPP9675.jpg;
2013Oct20_1a_OPP9676.jpg;
2013Oct20_1a_OPP9677.jpg;
2013Oct20_1a_OPP9678.jpg;
2013Oct20_1a_OPP9679.jpg;
2013Oct20_1a_OPP9680.jpg;
2013Oct20_1a_OPP9722.jpg;
2013Oct20_1a_OPP9723.jpg;

2013Oct20_1a_OPP9724.jpg;

2013Oct20_1a_OPP9731.jpg;

2013Oct20_1a_OPP9732.jpg;

2013Oct20_1a_OPP9736.jpg;

2013Oct20_1a_OPP9738.jpg;

2013Oct20_1a_OPP9740.jpg;

2013Oct20_1a_OPP9743.jpg;

2013Oct20_1a_OPP9747.jpg;

2013Oct20_1a_OPP9748.jpg;

2013Oct20_1a_OPP9751.jpg;

2013Oct20_1a_OPP9752.jpg;

2013Oct20_1a_OPP9753.jpg;

2013Oct20_1a_OPP9756.jpg;

2013Oct20_1a_OPP9758.jpg;

2013Oct20_1a_OPP9759.jpg;

2013Oct20_1a_OPP9760.jpg;

2013Oct20_1a_OPP9761.jpg;

2013Oct20_1a_OPP9762.jpg;

2013Oct20_1a_OPP9763.jpg;

2013Oct20_1a_OPP9764.jpg;

2013Oct20_1a_OPP9765.jpg;

2013Oct20_1a_OPP9766.jpg;

2013Oct20_1a_OPP9767.jpg;
2013Oct20_1a_OPP9768.jpg;

2013Oct20_1a_OPP9769.jpg;

2013Oct20_1a_OPP9771.jpg;

2013Oct20_1a_OPP9772.jpg;

2013Oct20_1a_OPP9773.jpg;

2013Oct20_1a_OPP9774.jpg;

2013Oct20_1a_OPP9776.jpg;

2013Oct20_1a_OPP9778.jpg;

2013Oct20_1a_OPP9780.jpg;

2013Oct20_1a_OPP9781.jpg;

2013Oct20_1a_OPP9782.jpg;

2013Oct20_1a_OPP9783.jpg;

2013Oct20_1a_OPP9784.jpg;

2013Oct20_1a_OPP9786.jpg;

2013Oct20_1a_OPP9787.jpg;

2013Oct20_1a_OPP9788.jpg;

2013Oct20_1a_OPP9793.jpg;

2013Oct20_1a_OPP9794.jpg;

2013Oct20_1a_OPP9801.jpg;

2013Oct20_1a_OPP9802.jpg;

2013Oct20_1a_OPP9808.jpg;

2013Oct20_1a_OPP9810.jpg;

2013Oct20_1a_OPP9813.jpg;

2013Oct20_1a_OPP9815.jpg;

2013Oct20_1a_OPP9818.jpg;

2013Oct20_1a_OPP9823.jpg;

2013Oct20_1a_OPP9824.jpg;

2013Oct20_1a_OPP9825.jpg;

2013Oct20_1a_OPP9826.jpg;

2013Oct20_1a_OPP9832.jpg;

2013Oct20_1a_OPP9833.jpg;

2013Oct20_1a_OPP9834.jpg;

2013Oct20_1a_OPP9835.jpg;

2013Oct20_1a_OPP9836.jpg;

2013Oct20_1a_OPP9837.jpg;

2013Oct20_1a_OPP9838.jpg;

2013Oct20_1a_OPP9839.jpg;

2013Oct20_1a_OPP9840.jpg;

2013Oct20_1a_OPP9841.jpg;

2013Oct20_1a_OPP9842.jpg;

2013Oct20_1a_OPP9843.jpg;

2013Oct20_1a_OPP9844.jpg;

2013Oct20_1a_OPP9845.jpg;

2013Oct20_1a_OPP9846.jpg;

2013Oct20_1a_OPP9847.jpg;

2013Oct20_1a_OPP9848.jpg;

2013Oct20_1a_OPP9849.jpg;

2013Oct20_1a_OPP9850.jpg;

2013Oct20_1a_OPP9853.jpg;

2013Oct20_1a_OPP9854.jpg;
2013Oct20_1a_OPP9855.jpg;

2013Oct20_1a_OPP9857.jpg;

2013Oct20_1a_OPP9858.jpg;

2013Oct20_1a_OPP9859.jpg;

2013Oct20_1a_OPP9860.jpg;

2013Oct20_1a_OPP9861.jpg;

2013Oct20_1a_OPP9862.jpg;

2013Oct20_1a_OPP9863.jpg;

2013Oct20_1a_OPP9864.jpg;

2013Oct20_1a_OPP9865.jpg;
2013Oct20_1a_OPP9868.jpg;
2013Oct20_1a_OPP9869.jpg;
2013Oct20_1a_OPP9870.jpg;
2013Oct20_1a_OPP9871.jpg;
2013Oct20_1a_OPP9872.jpg;
2013Oct20_1a_OPP9873.jpg;
2013Oct20_1a_OPP9874.jpg;
2013Oct20_1a_OPP9875.jpg;
2013Oct20_1a_OPP9876.jpg;
2013Oct20_1a_OPP9877.jpg;
2013Oct20_1a_OPP9878.jpg;
2013Oct20_1a_OPP9879.jpg;
2013Oct20_1a_OPP9880.jpg;
2013Oct20_1a_OPP9881.jpg;
2013Oct20_1a_OPP9883.jpg;
2013Oct20_1a_OPP9884.jpg;
2013Oct20_1a_OPP9885.jpg;
2013Oct20_1a_OPP9886.jpg;
2013Oct20_1a_OPP9887.jpg;
2013Oct20_1a_OPP9889.jpg;
2013Oct20_1a_OPP9891.jpg;
2013Oct20_1a_OPP9892.jpg;
2013Oct20_1a_OPP9893.jpg;
2013Oct20_1a_OPP9895.jpg;
2013Oct20_1a_OPP9897.jpg;
2013Oct20_1a_OPP9898.jpg;
2013Oct20_1a_OPP9899.jpg;
2013Oct20_1a_OPP9900.jpg;
2013Oct20_1a_OPP9901.jpg;
2013Oct20_1a_OPP9904.jpg;
2013Oct20_1a_OPP9905.jpg;
2013Oct20_1a_OPP9906.jpg;
2013Oct20_1a_OPP9907.jpg;
2013Oct20_1a_OPP9908.jpg;
2013Oct20_1a_OPP9910.jpg;
2013Oct20_1a_OPP9913.jpg;
2013Oct20_1a_OPP9918.jpg;
2013Oct20_1a_OPP9919.jpg;
2013Oct20_1a_OPP9923.jpg;
2013Oct20_1a_OPP9925.jpg;

2013Oct20_1a_OPP9926.jpg;

2013Oct20_1a_OPP9927.jpg;

2013Oct20_1a_OPP9928.jpg;

2013Oct20_1a_OPP9931.jpg;

2013Oct20_1a_OPP9935.jpg;

2013Oct20_1a_OPP9936.jpg;

2013Oct20_1a_OPP9937.jpg;

2013Oct20_1a_OPP9938.jpg;

2013Oct20_1a_OPP9939.jpg;

2013Oct20_1a_OPP9941.jpg;

2013Oct20_1a_OPP9942.jpg;

2013Oct20_1a_OPP9943.jpg;

2013Oct20_1a_OPP9945.jpg;

2013Oct20_1a_OPP9947.jpg;

2013Oct20_1a_OPP9948.jpg;

2013Oct20_1a_OPP9955.jpg;

2013Oct20_1a_OPP9956.jpg;

2013Oct20_1a_OPP9957.jpg;

2013Oct20_1a_OPP9958.jpg;

2013Oct20_1a_OPP9959.jpg;

2013Oct20_1a_OPP9961.jpg;

2013Oct20_1a_OPP9962.jpg;

2013Oct20_1a_OPP9965.jpg;

2013Oct20_1a_OPP9966.jpg;

2013Oct20_1a_OPP9967.jpg;

2013Oct20_1a_OPP9968.jpg;

2013Oct20_1a_OPP9969.jpg;

2013Oct20_1a_OPP9970.jpg;

2013Oct20_1a_OPP9971.jpg;

2013Oct20_1a_OPP9972.jpg;

2013Oct20_1a_OPP9973.jpg;

2013Oct20_1a_OPP9974.jpg;

2013Oct20_1a_OPP9975.jpg;

2013Oct20_1a_OPP9976.jpg;

2013Oct20_1a_OPP9977.jpg;

2013Oct20_1a_OPP9978.jpg;

2013Oct20_1a_OPP9979.jpg;

2013Oct20_1a_OPP9980.jpg;

2013Oct20_1a_OPP9981.jpg;

2013Oct20_1a_OPP9982.jpg;

2013Oct20_1a_OPP9988.jpg;

2013Oct20_1a_OPP9995.jpg;

2013Oct20_1a_OPP9996.jpg;

2013Oct20_1a_OPP9999.jpg;

2013Oct20_1a_OPP9166.jpg;

2013Oct20_1a_OPP9167.jpg;

2013Oct20_1a_OPP9168.jpg;

2013Oct20_1a_OPP9169.jpg;

2013Oct20_1a_OPP9170.jpg;

2013Oct20_1a_OPP9171.jpg;
2013Oct20_1a_OPP9172.jpg;

2013Oct20_1a_OPP9173.jpg;

2013Oct20_1a_OPP9174.jpg;

2013Oct20_1a_OPP9175.jpg;

2013Oct20_1a_OPP9176.jpg;

2013Oct20_1a_OPP9177.jpg;

2013Oct20_1a_OPP9178.jpg;

2013Oct20_1a_OPP9179.jpg;

2013Oct20_1a_OPP9181.jpg;

2013Oct20_1a_OPP9182.jpg;

2013Oct20_1a_OPP9183.jpg;

2013Oct20_1a_OPP9184.jpg;

2013Oct20_1a_OPP9185.jpg;

2013Oct20_1a_OPP9187.jpg;

2013Oct20_1a_OPP9188.jpg;

2013Oct20_1a_OPP9189.jpg;

2013Oct20_1a_OPP9190.jpg;

2013Oct20_1a_OPP9194.jpg;

2013Oct20_1a_OPP9195.jpg;

2013Oct20_1a_OPP9196.jpg;

2013Oct20_1a_OPP9198.jpg;

2013Oct20_1a_OPP9199.jpg;

2013Oct20_1a_OPP9201.jpg;

2013Oct20_1a_OPP9202.jpg;

2013Oct20_1a_OPP9203.jpg;

2013Oct20_1a_OPP9204.jpg;

2013Oct20_1a_OPP9206.jpg;

2013Oct20_1a_OPP9208.jpg;

2013Oct20_1a_OPP9210.jpg;

2013Oct20_1a_OPP9211.jpg;

2013Oct20_1a_OPP9212.jpg;

2013Oct20_1a_OPP9213.jpg;

2013Oct20_1a_OPP9214.jpg;

2013Oct20_1a_OPP9215.jpg;

2013Oct20_1a_OPP9216.jpg;

2013Oct20_1a_OPP9217.jpg;

2013Oct20_1a_OPP9218.jpg;

2013Oct20_1a_OPP9219.jpg;

2013Oct20_1a_OPP9220.jpg;

2013Oct20_1a_OPP9221.jpg;

2013Oct20_1a_OPP9222.jpg;

2013Oct20_1a_OPP9223.jpg;

2013Oct20_1a_OPP9224.jpg;

2013Oct20_1a_OPP9225.jpg;

2013Oct20_1a_OPP9226.jpg;

2013Oct20_1a_OPP9227.jpg;

2013Oct20_1a_OPP9228.jpg;

2013Oct20_1a_OPP9232.jpg;

2013Oct20_1a_OPP9234.jpg;

2013Oct20_1a_OPP9235.jpg;
2013Oct20_1a_OPP9236.jpg;

2013Oct20_1a_OPP9237.jpg;

2013Oct20_1a_OPP9238.jpg;

2013Oct20_1a_OPP9239.jpg;

2013Oct20_1a_OPP9240.jpg;

2013Oct20_1a_OPP9241.jpg;

2013Oct20_1a_OPP9242.jpg;

2013Oct20_1a_OPP9243.jpg;

2013Oct20_1a_OPP9245.jpg;

2013Oct20_1a_OPP9247.jpg;

2013Oct20_1a_OPP9248.jpg;

2013Oct20_1a_OPP9249.jpg;

2013Oct20_1a_OPP9251.jpg;

2013Oct20_1a_OPP9257.jpg;

2013Oct20_1a_OPP9258.jpg;

2013Oct20_1a_OPP9261.jpg;

2013Oct20_1a_OPP9262.jpg;

2013Oct20_1a_OPP9263.jpg;

2013Oct20_1a_OPP9264.jpg;

2013Oct20_1a_OPP9266.jpg;

2013Oct20_1a_OPP9267.jpg;

2013Oct20_1a_OPP9268.jpg;

2013Oct20_1a_OPP9269.jpg;

2013Oct20_1a_OPP9270.jpg;
2013Oct20_1a_OPP9272.jpg;
2013Oct20_1a_OPP9273.jpg;
2013Oct20_1a_OPP9274.jpg;
2013Oct20_1a_OPP9275.jpg;
2013Oct20_1a_OPP9276.jpg;
2013Oct20_1a_OPP9277.jpg;
2013Oct20_1a_OPP9278.jpg;
2013Oct20_1a_OPP9279.jpg;
2013Oct20_1a_OPP9280.jpg;
2013Oct20_1a_OPP9281.jpg;
2013Oct20_1a_OPP9283.jpg;
2013Oct20_1a_OPP9284.jpg;
2013Oct20_1a_OPP9285.jpg;
2013Oct20_1a_OPP9289.jpg;
2013Oct20_1a_OPP9290.jpg;
2013Oct20_1a_OPP9299.jpg;
2013Oct20_1a_OPP9303.jpg;
2013Oct20_1a_OPP9306.jpg;
2013Oct20_1b_OPP0044.jpg;
2013Oct20_1b_OPP0045.jpg;
2013Oct20_1b_OPP0047.jpg;
2013Oct20_1b_OPP0049.jpg;
2013Oct20_1b_OPP0050.jpg;
2013Oct20_1b_OPP0051.jpg;
2013Oct20_1b_OPP0052.jpg;
2013Oct20_1b_OPP0053.jpg;
2013Oct20_1b_OPP0055.jpg;
2013Oct20_1b_OPP0057.jpg;
2013Oct20_1b_OPP0058.jpg;
2013Oct20_1b_OPP0059.jpg;
2013Oct20_1b_OPP0063.jpg;
2013Oct20_1b_OPP0064.jpg;
2013Oct20_1b_OPP0065.jpg;
2013Oct20_1b_OPP0066.jpg;
2013Oct20_1b_OPP0067.jpg;
2013Oct20_1b_OPP0068.jpg;
2013Oct20_1b_OPP0070.jpg;
2013Oct20_1b_OPP0071.jpg;
2013Oct20_1b_OPP0072.jpg;
2013Oct20_1b_OPP0074.jpg;

2013Oct20_1b_OPP0076.jpg;

2013Oct20_1b_OPP0080.jpg;

2013Oct20_1b_OPP0081.jpg;

2013Oct20_1b_OPP0082.jpg;

2013Oct20_1b_OPP0083.jpg;

2013Oct20_1b_OPP0084.jpg;

2013Oct20_1b_OPP0085.jpg;

2013Oct20_1b_OPP0086.jpg;

2013Oct20_1b_OPP0087.jpg;

2013Oct20_1b_OPP0088.jpg;

2013Oct20_1b_OPP0089.jpg;

2013Oct20_1b_OPP0090.jpg;

2013Oct20_1b_OPP0091.jpg;

2013Oct20_1b_OPP0092.jpg;

2013Oct20_1b_OPP0093.jpg;

2013Oct20_1b_OPP0094.jpg;

2013Oct20_1b_OPP0095.jpg;

2013Oct20_1b_OPP0096.jpg;

2013Oct20_1b_OPP0099.jpg;

2013Oct20_1b_OPP0100.jpg;

2013Oct20_1b_OPP0101.jpg;

2013Oct20_1b_OPP0102.jpg;

2013Oct20_1b_OPP0105.jpg;

2013Oct20_1b_OPP0106.jpg;

2013Oct20_1b_OPP0113.jpg;

2013Oct20_1b_OPP0114.jpg;

2013Oct20_1b_OPP0115.jpg;

2013Oct20_1b_OPP0116.jpg;
2013Oct20_1b_OPP0117.jpg;

2013Oct20_1b_OPP0118.jpg;

2013Oct20_1b_OPP0122.jpg;

2013Oct20_1b_OPP0127.jpg;

2013Oct20_1b_OPP0128.jpg;

2013Oct20_1b_OPP0129.jpg;

2013Oct20_1b_OPP0130.jpg;

2013Oct20_1b_OPP0131.jpg;

2013Oct20_1b_OPP0132.jpg;

2013Oct20_1b_OPP0133.jpg;

2013Oct20_1b_OPP0135.jpg;

2013Oct20_1b_OPP0136.jpg;

2013Oct20_1b_OPP0137.jpg;

2013Oct20_1b_OPP0138.jpg;

2013Oct20_1b_OPP0139.jpg;

2013Oct20_1b_OPP0140.jpg;

2013Oct20_1b_OPP0141.jpg;

2013Oct20_1b_OPP0142.jpg;

2013Oct20_1b_OPP0144.jpg;

2013Oct20_1b_OPP0145.jpg;

2013Oct20_1b_OPP0146.jpg;

2013Oct20_1b_OPP0148.jpg;

2013Oct20_1b_OPP0150.jpg;

2013Oct20_1b_OPP0151.jpg;

2013Oct20_1b_OPP0152.jpg;

2013Oct20_1b_OPP0154.jpg;

2013Oct20_1b_OPP0155.jpg;

2013Oct20_1b_OPP0156.jpg;

2013Oct20_1b_OPP0157.jpg;

2013Oct20_1b_OPP0159.jpg;

2013Oct20_1b_OPP0160.jpg;

2013Oct20_1b_OPP0161.jpg;

2013Oct20_1b_OPP0162.jpg;

2013Oct20_1b_OPP0163.jpg;

2013Oct20_1b_OPP0164.jpg;

2013Oct20_1b_OPP0165.jpg;

2013Oct20_1b_OPP0166.jpg;

2013Oct20_1b_OPP0167.jpg;

2013Oct20_1b_OPP0168.jpg;

2013Oct20_1b_OPP0169.jpg;

2013Oct20_1b_OPP0170.jpg;

2013Oct20_1b_OPP0171.jpg;

2013Oct20_1b_OPP0172.jpg;

2013Oct20_1b_OPP0173.jpg;

2013Oct20_1b_OPP0174.jpg;

2013Oct20_1b_OPP0177.jpg;

2013Oct20_1b_OPP0178.jpg;

2013Oct20_1b_OPP0179.jpg;

2013Oct20_1b_OPP0180.jpg;

2013Oct20_1b_OPP0182.jpg;

2013Oct20_1b_OPP0183.jpg;
2013Oct20_1b_OPP0184.jpg;
2013Oct20_1b_OPP0186.jpg;
2013Oct20_1b_OPP0187.jpg;
2013Oct20_1b_OPP0188.jpg;
2013Oct20_1b_OPP0191.jpg;
2013Oct20_1b_OPP0192.jpg;
2013Oct20_1b_OPP0193.jpg;
2013Oct20_1b_OPP0194.jpg;
2013Oct20_1b_OPP0195.jpg;
2013Oct20_1b_OPP0196.jpg;
2013Oct20_1b_OPP0197.jpg;
2013Oct20_1b_OPP0200.jpg;
2013Oct20_1b_OPP0201.jpg;
2013Oct20_1b_OPP0202.jpg;
2013Oct20_1b_OPP0203.jpg;
2013Oct20_1b_OPP0205.jpg;
2013Oct20_1b_OPP0206.jpg;
2013Oct20_1b_OPP0207.jpg;
2013Oct20_1b_OPP0210.jpg;
2013Oct20_1b_OPP0211.jpg;
2013Oct20_1b_OPP0218.jpg;
2013Oct20_1b_OPP0219.jpg;
2013Oct20_1b_OPP0220.jpg;
2013Oct20_1b_OPP0221.jpg;
2013Oct20_1b_OPP0225.jpg;
2013Oct20_1b_OPP0226.jpg;
2013Oct20_1b_OPP0231.jpg;
2013Oct20_1b_OPP0232.jpg;
2013Oct20_1b_OPP0241.jpg;
2013Oct20_1b_OPP0242.jpg;
2013Oct20_1b_OPP0248.jpg;
2013Oct20_1b_OPP0249.jpg;
2013Oct20_1b_OPP0251.jpg;
2013Oct20_1b_OPP0253.jpg;
2013Oct20_1b_OPP0258.jpg;
2013Oct20_1b_OPP0259.jpg;
2013Oct20_1b_OPP0260.jpg;
2013Oct20_1b_OPP0261.jpg;
2013Oct20_1b_OPP0263.jpg;
2013Oct20_1b_OPP0264.jpg;

2013Oct20_1b_OPP0266.jpg;

2013Oct20_1b_OPP0267.jpg;

2013Oct20_1b_OPP0268.jpg;

2013Oct20_1b_OPP0273.jpg;

2013Oct20_1b_OPP0274.jpg;

2013Oct20_1b_OPP0275.jpg;

2013Oct20_1b_OPP0280.jpg;

2013Oct20_1b_OPP0282.jpg;

2013Oct20_1b_OPP0286.jpg;
2013Oct20_1b_OPP0291.jpg;

2013Oct20_1b_OPP0293.jpg;

2013Oct20_1b_OPP0294.jpg;

2013Oct20_1b_OPP0295.jpg;

2013Oct20_1b_OPP0296.jpg;

2013Oct20_1b_OPP0297.jpg;

2013Oct20_1b_OPP0309.jpg;

2013Oct20_1b_OPP0311.jpg;

2013Oct20_1b_OPP0313.jpg;

2013Oct20_1b_OPP0316.jpg;

2013Oct20_1b_OPP0317.jpg;

2013Oct20_1b_OPP0321.jpg;

2013Oct20_1b_OPP0322.jpg;

2013Oct20_1b_OPP0323.jpg;

2013Oct20_1b_OPP0325.jpg;

2013Oct20_1b_OPP0326.jpg;

2013Oct20_1b_OPP0327.jpg;

2013Oct20_1b_OPP0328.jpg;

2013Oct20_1b_OPP0329.jpg;

2013Oct20_1b_OPP0330.jpg;

2013Oct20_1b_OPP0331.jpg;

2013Oct20_1b_OPP0334.jpg;

2013Oct20_1b_OPP0335.jpg;

2013Oct20_1b_OPP0336.jpg;

2013Oct20_1b_OPP0338.jpg;

2013Oct20_1b_OPP0341.jpg;

2013Oct20_1b_OPP0342.jpg;

2013Oct20_1b_OPP0344.jpg;

2013Oct20_1b_OPP0347.jpg;

2013Oct20_1b_OPP0348.jpg;

2013Oct20_1b_OPP0351.jpg;

2013Oct20_1b_OPP0352.jpg;

2013Oct20_1b_OPP0353.jpg;
2013Oct20_1b_OPP0354.jpg;
2013Oct20_1b_OPP0355.jpg;
2013Oct20_1b_OPP0357.jpg;
2013Oct20_1b_OPP0362.jpg;
2013Oct20_1b_OPP0366.jpg;
2013Oct20_1b_OPP0367.jpg;
2013Oct20_1b_OPP0369.jpg;
2013Oct20_1b_OPP0373.jpg;
2013Oct20_1b_OPP0374.jpg;
2013Oct20_1b_OPP0375.jpg;
2013Oct20_1b_OPP0385.jpg;
2013Oct20_1b_OPP0388.jpg;
2013Oct20_1b_OPP0395.jpg;
2013Oct20_1b_OPP0396.jpg;
2013Oct20_1b_OPP0397.jpg;
2013Oct20_1b_OPP0398.jpg;
2013Oct20_1b_OPP0400.jpg;
2013Oct20_1b_OPP0401.jpg;
2013Oct20_1b_OPP0402.jpg;
2013Oct20_1b_OPP0404.jpg;
2013Oct20_1b_OPP0405.jpg;
2013Oct20_1b_OPP0406.jpg;
2013Oct20_1b_OPP0408.jpg;
2013Oct20_1b_OPP0409.jpg;
2013Oct20_1b_OPP0412.jpg;
2013Oct20_1b_OPP0413.jpg;
2013Oct20_1b_OPP0416.jpg;
2013Oct20_1b_OPP0417.jpg;
2013Oct20_1b_OPP0418.jpg;
2013Oct20_1b_OPP0419.jpg;
2013Oct20_1b_OPP0420.jpg;
2013Oct20_1b_OPP0421.jpg;
2013Oct20_1b_OPP0422.jpg;
2013Oct20_1b_OPP0423.jpg;
2013Oct20_1b_OPP0424.jpg;
2013Oct20_1b_OPP0425.jpg;
2013Oct20_1b_OPP0426.jpg;
2013Oct20_1b_OPP0427.jpg;
2013Oct20_1b_OPP0429.jpg;
2013Oct20_1b_OPP0430.jpg;

2013Oct20_1b_OPP0431.jpg;
2013Oct20_1b_OPP0433.jpg;
2013Oct20_1b_OPP0434.jpg;
2013Oct20_1b_OPP0435.jpg;
2013Oct20_1b_OPP0436.jpg;
2013Oct20_1b_OPP0437.jpg;
2013Oct20_1b_OPP0444.jpg;
2013Oct20_1b_OPP0445.jpg;
2013Oct20_1b_OPP0446.jpg;
2013Oct20_1b_OPP0447.jpg;
2013Oct20_1b_OPP0450.jpg;
2013Oct20_1b_OPP0451.jpg;
2013Oct20_1b_OPP0454.jpg;
2013Oct20_1b_OPP0455.jpg;
2013Oct20_1b_OPP0456.jpg;
2013Oct20_1b_OPP0457.jpg;
2013Oct20_1b_OPP0458.jpg;
2013Oct20_1b_OPP0459.jpg;
2013Oct20_1b_OPP0460.jpg;
2013Oct20_1b_OPP0461.jpg;
2013Oct20_1b_OPP0462.jpg;
2013Oct20_1b_OPP0464.jpg;
2013Oct20_1b_OPP0466.jpg;
2013Oct20_1b_OPP0467.jpg;
2013Oct20_1b_OPP0468.jpg;
2013Oct20_1b_OPP0469.jpg;
2013Oct20_1b_OPP0470.jpg;
2013Oct20_1b_OPP0473.jpg;
2013Oct20_1b_OPP0474.jpg;
2013Oct20_1b_OPP0476.jpg;
2013Oct20_1b_OPP0477.jpg;
2013Oct20_1b_OPP0478.jpg;
2013Oct20_1b_OPP0480.jpg;
2013Oct20_1b_OPP0481.jpg;
2013Oct20_1b_OPP0482.jpg;
2013Oct20_1b_OPP0483.jpg;
2013Oct20_1b_OPP0484.jpg;
2013Oct20_1b_OPP0488.jpg;
2013Oct20_1b_OPP0498.jpg;
2013Oct20_1b_OPP0499.jpg;
2013Oct20_1b_OPP0500.jpg;

2013Oct20_1b_OPP0501.jpg;
2013Oct20_1b_OPP0502.jpg;
2013Oct20_1b_OPP0503.jpg;
2013Oct20_1b_OPP0504.jpg;
2013Oct20_1b_OPP0510.jpg;
2013Oct20_1b_OPP0511.jpg;
2013Oct20_1b_OPP0512.jpg;
2013Oct20_1b_OPP0513.jpg;
2013Oct20_1b_OPP0514.jpg;
2013Oct20_1b_OPP0515.jpg;
2013Oct20_1b_OPP0517.jpg;
2013Oct20_1b_OPP0518.jpg;
2013Oct20_1b_OPP0519.jpg;
2013Oct20_1b_OPP0520.jpg;
2013Oct20_1b_OPP0521.jpg;
2013Oct20_1b_OPP0522.jpg;
2013Oct20_1b_OPP0523.jpg;
2013Oct20_1b_OPP0524.jpg;
2013Oct20_1b_OPP0526.jpg;
2013Oct20_1b_OPP0527.jpg;
2013Oct20_1b_OPP0528.jpg;
2013Oct20_1b_OPP0531.jpg;
2013Oct20_1b_OPP0533.jpg;
2013Oct20_1b_OPP0534.jpg;
2013Oct20_1b_OPP0535.jpg;
2013Oct20_1b_OPP0537.jpg;
2013Oct20_1b_OPP0539.jpg;
2013Oct20_1b_OPP0542.jpg;
2013Oct20_1b_OPP0543.jpg;
2013Oct20_1b_OPP0544.jpg;
2013Oct20_1b_OPP0545.jpg;
2013Oct20_1b_OPP0547.jpg;
2013Oct20_1b_OPP0548.jpg;
2013Oct20_1b_OPP0550.jpg;
2013Oct20_1b_OPP0552.jpg;
2013Oct20_1b_OPP0559.jpg;
2013Oct20_1b_OPP0560.jpg;
2013Oct20_1b_OPP0564.jpg;
2013Oct20_1b_OPP0565.jpg;
2013Oct20_1b_OPP0566.jpg;
2013Oct20_1b_OPP0572.jpg;

2013Oct20_1b_OPP0573.jpg;
2013Oct20_1b_OPP0580.jpg;
2013Oct20_1b_OPP0591.jpg;
2013Oct20_1b_OPP0592.jpg;
2013Oct20_1b_OPP0599.jpg;
2013Oct20_1b_OPP0600.jpg;
2013Oct20_1b_OPP0601.jpg;
2013Oct20_1b_OPP0602.jpg;
2013Oct20_1b_OPP0610.jpg;
2013Oct20_1b_OPP0615.jpg;
2013Oct20_1b_OPP0616.jpg;
2013Oct20_1b_OPP0617.jpg;
2013Oct20_1b_OPP0618.jpg;
2013Oct20_1b_OPP0619.jpg;
2013Oct20_1b_OPP0621.jpg;
2013Oct20_1b_OPP0622.jpg;
2013Oct20_1b_OPP0624.jpg;
2013Oct20_1b_OPP0627.jpg;
2013Oct20_1b_OPP0630.jpg;
2013Oct20_1b_OPP0633.jpg;
2013Oct20_1b_OPP0634.jpg;
2013Oct20_1b_OPP0640.jpg;
2013Oct20_1b_OPP0641.jpg;
2013Oct20_1b_OPP0642.jpg;
2013Oct20_1b_OPP0644.jpg;
2013Oct20_1b_OPP0645.jpg;
2013Oct20_1b_OPP0646.jpg;
2013Oct20_1b_OPP0650.jpg;
2013Oct20_1b_OPP0652.jpg;
2013Oct20_1b_OPP0653.jpg;
2013Oct20_1b_OPP0002.jpg;
2013Oct20_1b_OPP0010.jpg;
2013Oct20_1b_OPP0011.jpg;
2013Oct20_1b_OPP0012.jpg;
2013Oct20_1b_OPP0013.jpg;
2013Oct20_1b_OPP0015.jpg;
2013Oct20_1b_OPP0017.jpg;
2013Oct20_1b_OPP0018.jpg;
2013Oct20_1b_OPP0019.jpg;
2013Oct20_1b_OPP0020.jpg;

2013Oct20_1b_OPP0021.jpg;

2013Oct20_1b_OPP0022.jpg;

2013Oct20_1b_OPP0024.jpg;

2013Oct20_1b_OPP0026.jpg;

2013Oct20_1b_OPP0027.jpg;
2013Oct20_1b_OPP0028.jpg;

2013Oct20_1b_OPP0029.jpg;

2013Oct20_1b_OPP0030.jpg;

2013Oct20_1b_OPP0031.jpg;

2013Oct20_1b_OPP0032.jpg;

2013Oct20_1b_OPP0033.jpg;

2013Oct20_1b_OPP0034.jpg;

2013Oct20_1b_OPP0035.jpg;

2013Oct20_1b_OPP0036.jpg;

2013Oct20_1b_OPP0038.jpg;

2013Oct20_1b_OPP0039.jpg;

2013Oct20_1b_OPP0040.jpg;

2013Oct20_1b_OPP0041.jpg;

2013Oct20_1b_OPP0042.jpg;

2013Oct20_1b_OPP0043.jpg;
2013Oct20_2_OPP0672.jpg;

2013Oct20_2_OPP0674.jpg;

2013Oct20_2_OPP0675.jpg;

2013Oct20_2_OPP0677.jpg;

2013Oct20_2_OPP0678.jpg;

2013Oct20_2_OPP0680.jpg;

2013Oct20_2_OPP0681.jpg;

2013Oct20_2_OPP0684.jpg;

2013Oct20_2_OPP0688.jpg;

2013Oct20_2_OPP0689.jpg;

2013Oct20_2_OPP0690.jpg;

2013Oct20_2_OPP0691.jpg;

2013Oct20_2_OPP0693.jpg;

2013Oct20_2_OPP0694.jpg;

2013Oct20_2_OPP0695.jpg;

2013Oct20_2_OPP0698.jpg;

2013Oct20_2_OPP0701.jpg;

2013Oct20_2_OPP0702.jpg;

2013Oct20_2_OPP0703.jpg;

2013Oct20_2_OPP0704.jpg;

2013Oct20_2_OPP0707.jpg;

2013Oct20_2_OPP0709.jpg;

2013Oct20_2_OPP0711.jpg;

2013Oct20_2_OPP0712.jpg;

2013Oct20_2_OPP0713.jpg;

2013Oct20_2_OPP0714.jpg;

2013Oct20_2_OPP0715.jpg;

2013Oct20_2_OPP0716.jpg;

2013Oct20_2_OPP0717.jpg;

2013Oct20_2_OPP0718.jpg;

2013Oct20_2_OPP0719.jpg;

2013Oct20_2_OPP0720.jpg;

2013Oct20_2_OPP0726.jpg;

2013Oct20_2_OPP0732.jpg;

2013Oct20_2_OPP0735.jpg;

2013Oct20_2_OPP0737.jpg;

2013Oct20_2_OPP0743.jpg;

2013Oct20_2_OPP0744.jpg;

2013Oct20_2_OPP0757.jpg;

2013Oct20_2_OPP0758.jpg;

2013Oct20_2_OPP0759.jpg;

2013Oct20_2_OPP0760.jpg;

2013Oct20_2_OPP0765.jpg;

2013Oct20_2_OPP0767.jpg;

2013Oct20_2_OPP0771.jpg;

2013Oct20_2_OPP0772.jpg;

2013Oct20_2_OPP0773.jpg;

2013Oct20_2_OPP0780.jpg;

2013Oct20_2_OPP0781.jpg;

2013Oct20_2_OPP0783.jpg;
2013Oct20_2_OPP0784.jpg;

2013Oct20_2_OPP0788.jpg;

2013Oct20_2_OPP0803.jpg;

2013Oct20_2_OPP0824.jpg;

2013Oct20_2_OPP0826.jpg;

2013Oct20_2_OPP0828.jpg;

2013Oct20_2_OPP0830.jpg;

2013Oct20_2_OPP0831.jpg;

2013Oct20_2_OPP0835.jpg;

2013Oct20_2_OPP0836.jpg;

2013Oct20_2_OPP0838.jpg;

2013Oct20_2_OPP0839.jpg;

2013Oct20_2_OPP0840.jpg;
2013Oct20_2_OPP0841.jpg;
2013Oct20_2_OPP0842.jpg;
2013Oct20_2_OPP0844.jpg;
2013Oct20_2_OPP0845.jpg;
2013Oct20_2_OPP0847.jpg;
2013Oct20_2_OPP0848.jpg;
2013Oct20_2_OPP0850.jpg;
2013Oct20_2_OPP0851.jpg;
2013Oct20_2_OPP0852.jpg;
2013Oct20_2_OPP0853.jpg;
2013Oct20_2_OPP0854.jpg;
2013Oct20_2_OPP0860.jpg;
2013Oct20_2_OPP0862.jpg;
2013Oct20_2_OPP0864.jpg;
2013Oct20_2_OPP0878.jpg;
2013Oct20_2_OPP0879.jpg;
2013Oct20_2_OPP0880.jpg;
2013Oct20_2_OPP0881.jpg;
2013Oct20_2_OPP0884.jpg;
2013Oct20_2_OPP0887.jpg;
2013Oct20_2_OPP0888.jpg;
2013Oct20_2_OPP0889.jpg;
2013Oct20_2_OPP0890.jpg;
2013Oct20_2_OPP0891.jpg;
2013Oct20_2_OPP0895.jpg;
2013Oct20_2_OPP0896.jpg;
2013Oct20_2_OPP0897.jpg;
2013Oct20_2_OPP0898.jpg;
2013Oct20_2_OPP0665.jpg;
2013Oct20_2_OPP0670.jpg;
2013Oct20_2_OPP0671.jpg;

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** David Gordon Oppenheimer

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States  **Domiciled in:** United States

**Year Born:** 1970

**Registration #:**  VAU001156824
**Service Request #:**  1-1025084436

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States

## Copyright claimant

**Copyright Claimant:** David Gordon Oppenheimer

P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Organization Name:** Performance Impressions LLC

**Name:** David Gordon Oppenheimer

**Email:** dave@performanceimpressions.com          **Telephone:** 828-273-9339

**Address:** P.O. Box 8105

Asheville, NC 28814  United States

## Certification

**Name:** David Gordon Oppenheimer

**Date:** November 21, 2013