UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID GORDON OPPENHEIMER,                                                Plaintiff,

v.                                                               Civil Action No. 3:24-cv-340-DJH-RSE

GLOBAL AVIATION NAVIGATOR, INC.
and JEFFREY A. CARRITHERS,                                     Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 34) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

February 13, 2026

*[signature]*

**David J. Hale, Chief Judge**
**United States District Court**